IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STACIE R. CURRAN )
on behalf of A.M.C., a minor, )
  )
      Plaintiff, )
  )
vs. )    CIV No.  15-0520 SMV
  )
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
  )
      Defendant. )

## SECOND ORDER EXTENDING TIME TO FILE ANSWER

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for a Second Enlargement of Time (Doc. 15), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through September 30, 2015, to file her answer or otherwise respond to Plaintiff's Complaint.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted on 9/8/15*
MANUEL LUCERO
Assistant United States Attorney

*Electronically approved on 9/8/15*
FRANCESCA MACDOWELL
Attorneys for Plaintiff