# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**STACIE R. CURRAN**
**on behalf of A.M.C., a minor**

      **Plaintiff,**

**v.**                                                    **No. 15-cv-0520 SMV**

**CAROLYN W. COLVIN, Acting Commissioner of**
**Social Security Administration,**

      **Defendant.**

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)      Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **November 12, 2015**;

(2)      Defendant shall file a Response no later than **January 7, 2016**;

(3)      Plaintiff may file a Reply no later than **February 4, 2016**;

(4)      All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)      All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.  If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**