IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STACIE R. CURRAN, o.b.o. A.M.C.,**
**a minor,**

      **Plaintiff,**

  vs.                              **CIV. NO. 15-520-SMV**

**CAROLYN W. COLVIN,**
**Acting Commissioner of**
**Social Security,**

      **Defendant.**

## ORDER

Before the Court is Defendant's Motion for Remand to the Commissioner for further administrative proceedings before an Administrative Law Judge.  Upon examination of the merits, it is hereby ORDERED, ADJUDGED, AND DECREED that this case is reversed and remanded to the Defendant for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Upon remand, the ALJ will conduct a new hearing and issue a de novo decision on all issues.  On remand, the Appeals Council will instruct the ALJ to give further consideration to the evidence relating to the claimant's language skills in evaluating her abilities in the domain of interacting and relating to others. In so doing, the Administrative Law Judge will obtain evidence from a medical expert. The Administrative Law Judge will also be instructed to give further consideration to the opinion evidence from Dr. Pedrotty and explain further the weight afforded that evidence.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

THUS DONE AND SIGNED on this __1st__ day of _March__, 2016.

                                                **Stephan M. Vidmar**
                                                United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 2/26/16*
MEGHAN FREI BERGLIND
Special Assistant United States Attorney
Attorney for Defendant

*Electronically approved 2/26/16*
FRANCESCA MACDOWELL
Attorneys for Plaintiff