IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STACIE R. CURRAN
on behalf of A.M.C., a minor

    Plaintiff,

v.                                                                                   No. 15-cv-0520 SMV

CAROLYN W. COLVIN, Acting Commissioner of
Social Security Administration,

    Defendant.

## JUDGMENT

Having granted Defendant's Motion for Remand [Doc. 31] in a stipulated Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**